11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

John Wayne Denison, Independent
Executor of the 

Estate of Ida Baldwin Denison,
Deceased, and 

Trustee of the
Bob Marshall Denison Trust  

Appellant

Vs.                   No.
11-02-00093-CV B
Appeal from Stonewall County

Bob Marshall
Denison

Appellee

 

Appellant
has filed in this court a motion to dismiss his appeal.  Appellant states in his motion that the
parties have reached an agreement and that their agreement has been confirmed
by the trial court.  The motion is
granted.  TEX.R.APP.P. 42.1.

The
appeal is dismissed.

 

PER CURIAM

 

June 13, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.